IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EDWARD SCHAEFER,<br><br>　　　　Defendant. | Case No. 3:18-po-00132-DMC-1<br><br>Citation No. F5361405 /F5361406<br><br><br>ORDER |

　　　　For good cause shown and on the government's request, this action is dismissed. All pending hearing dates are vacated.

　　　　IT IS DO ORDERED.

Dated:  March 15, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1